# Order

January 28, 2015

150725(169)(170)

MARKELL VANSLEMBROUCK, Minor, by and
through ERIC BRAVERMAN, Conservator,
        Plaintiff-Appellee,
and

KIMBERLY A. VANSLEMBROUCK,
        Plaintiff,

v

ANDREW JAY HALPERIN, M.D., and WILLIAM
BEAUMONT HOSPITAL,
        Defendants-Appellants,
and

MICHIGAN INSTITUTE OF GYNECOLOGY
AND OBSTETRICS, P.C.,
        Defendant.
_____/

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150725
COA: 309680
Oakland CC: 2006-074585-NH

On order of the Chief Justice, the motions of the plaintiff-appellee to extend the time for filing its answer in opposition to the application for leave to appeal and to exceed the page limit restriction of MCR 7.302(A) are GRANTED. An answer not to exceed 75 pages in length will be accepted as timely filed if submitted on or before February 26, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 28, 2015

